No. 98–1847. WILLS ET AL. *v.* WALT DISNEY PICTURES & TELEVISION, INC., ET AL. C. A. 9th Cir. Certiorari denied. ▬

No. 98–1848. COEUR D'ALENE TRIBE *v.* MISSOURI EX REL. NIXON, ATTORNEY GENERAL OF MISSOURI. C. A. 8th Cir. Certiorari denied. ▬

No. 98–1873. IN RE FONT. C. A. D. C. Cir. Certiorari denied.

No. 98–1893. LIVINGSTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▬

No. 98–1900. AZAMBER *v.* FRANCHISE TAX BOARD OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. ▬

No. 98–1901. FUSCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▬

No. 98–1907. WILLIAMS ET AL. *v.* MARSCH. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–1921. GENERAL TRUCK DRIVERS AND HELPERS UNION LOCAL No. 92, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO *v.* WILSON. C. A. 6th Cir. Certiorari denied. ▬

No. 98–6220. METZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▬

No. 98–6601. GOFF *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. ▬

No. 98–7732. JENKINS *v.* NELSON, WARDEN. C. A. 7th Cir. Certiorari denied. ▬

No. 98–8089. BURNS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. ▬

No. 98–8120. SPEARMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▬

No. 98–8316. ANTONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▬